# IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| SOMERSETT OWNERS ASSOCIATION, A DOMESTIC NON-PROFIT CORPORATION, | No. 79921 |

Appellant,

vs.

SOMERSETT DEVELOPMENT COMPANY, LTD., A NEVADA LIMITED LIABILITY COMPANY; SOMERSETT, LLC, A DISSOLVED NEVADA LIMITED LIABILITY COMPANY; SOMERSETT DEVELOPMENT CORPORATION, A DISSOLVED NEVADA CORPORATION; Q & D CONSTRUCTION, INC., A NEVADA CORPORATION; PARSONS BROS ROCKERIES, INC., A WASHINGTON CORPORATION; AND STANTEC CONSULTING SERVICES, INC.,

Respondents.

FILED

AUG 07 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

| | |
|---|---|
| STANTEC CONSULTING SERVICES, INC., AN ARIZONA CORPORATION, | No. 80843 |

Appellant,

vs.

SOMERSETT OWNERS ASSOCIATION, A DOMESTIC NON-PROFIT CORPORATION,

Respondent.

| | |
|---|---|
| SOMERSETT DEVELOPMENT COMPANY, LTD., A NEVADA LIMITED LIABILITY COMPANY; SOMERSETT, LLC, A DISSOLVED NEVADA LIMITED LIABILITY COMPANY; AND SOMERSETT DEVELOPMENT CORPORATION, A DISSOLVED NEVADA CORPORATION, | No. 80881 |

Appellants,

vs.

SOMERSETT OWNERS ASSOCIATION,

20-29123

A DOMESTIC NON-PROFIT
CORPORATION,

                         Respondent.

## ORDER DISMISSING APPEALS

Stantec Consulting Services, Inc.; and Somersett Development Company, Ltd.; Somersett, LLC; and Somersett Development Corporation, appellants in Docket Nos. 80843 and 80881, have filed motions to voluntarily dismiss each of those appeals only. The motions are granted. The appeals in Docket Nos. 80843 and 80881 are dismissed. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:  Hon. Elliott A. Sattler, District Judge
     Paul F. Hamilton, Settlement Judge
     Wolf, Rifkin, Shapiro, Schulman & Rabkin, LLP/Las Vegas
     Thorndal Armstrong Delk Balkenbush & Eisinger/Reno
     Wolf, Rifkin, Shapiro, Schulman & Rabkin, LLP /Reno
     Hoy Chrissinger Kimmel Vallas, P.C.
     Lee, Landrum & Carlson, APC
     Castronova Law Offices, P.C.
     Washoe District Court Clerk